921564

CHAPTER 13 TRUSTEE TRUST ACCOUNT

UNITED STATES BANKRUPTCY COURT
ROOM B-601
500 POYDRAS ST
NEW ORLEANS, LA  70130

Apr 20, 2005                $8,262.35

Payments found to be undeliverable, detailed on the attached listing, for deposit into the registry of the court.

---

UNITED STATES
BANKRUPTCY COURT
Eastern District of Louisiana
New Orleans Division

# 00214537 - SA
April 25, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| TREASURY 13-various | | | 8,262.35 CR |

TOTAL →  8,262.35

FROM: BEAULIEU

RELIEF
ORDERED
FEE PD

FIRST AMERICAN BANK & TRUST
METAIRIE, LA 70005
84-242/654

921564

| DATE | AMOUNT |
|------|--------|
| April 20, 2005 | ************$8,262.35 |

Two and 35/100 Dollars

COURT

SJBeaulieu
AUTHORIZED SIGNATURE

■ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ■

⑈654024231⑈ 690 272 3⑈

4/25/05.
of this:
#6961.00 to
Treasury 6047BK
on # 00-18160
Doplessis (debtor)

*Funds for 19 Chapter 13 Accounts*

```
Date: Wed Apr 20, 2005        REGISTRY CHECK #921564                    Page: 1
Time: 10:11 AM                                                          User: JOHN
```

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) | |
|---|---|---|---|---|---|
| 0012455 | BECK | TRACY | 27.93 | CROSS COUNTRY BANK | |
| | 4220 CHATEAU BLVD | | | PO BOX 10008 | |
| | KENNER LA | 70065 | | HUNTINGTON WV | 25770 |
| 0014755 | CASS SR | THOMAS MACK | 229.06 | GORDONS | |
| | CASS | KAREN DAY | | | |
| | PO BOX 57021 | | | PO BOX 8501 | |
| | NEW ORLEANS LA | 70157 | | SAN MARCOS TX | 78666 |
| 0018160 | DUPLESSIS | GRACIA MARTHA | 5,961.00 | JAZZLAND LINCOLN MERCURY | |
| | 4705 PECAN ST | | | 10980 E I-10 SVC RD | |
| | NEW ORLEANS LA | 70126 | | NEW ORLEANS LA | 70127 |
| 0110261 | STURDEVANT | THOMAS ADAM | 79.58 | LEE PATON | |
| | STURDEVANT | STEFANIE RIVIERE | | APT F142 | |
| | 1730 HWY 22 WEST | | | 3901 N I-10 SVC RD W | |
| | MADISONVILLE LA | 70447 | | METAIRIE LA | 70002 |
| 0112484 | PIERCE | WARREN | 125.00 | | |
| | 1028 ELIZA ST | | | | |
| | NEW ORLEANS LA | 70114 | | | |
| 0113607 | DAHLGREN | JEANETTE DRAGO | 27.29 | CROSS COUNTRY BANK | |
| | 4105 OLE MISS DR | | | PO BOX 10008 | |
| | KENNER LA | 70065 | | HUNTINGTON WV | 25770 |
| 0114268 | STRADA | BRENDA GUIDRY | 15.66 | CONOCO INC | |
| | 120 SOUTHDOWN WEST BLVD | | | PO BOX 19109 | |
| | HOUMA LA | 70360 | | HOUSTON TX | 77224 |
| 0114986 | WASHINGTON SR | CARL M | 41.81 | CROSS COUNTRY BANK | |
| | WASHINGTON | THERESA MITCHELL | | | |
| | 7711 W CAVALIER DR | | | PO BOX 10008 | |
| | NEW ORLEANS LA | 70129 | | HUNTINGTON WV | 25770 |
| 0116929 | OUBRE | DESIREE | 21.26 | | |
| | 5165 ST LUKE ST | | | | |
| | ST JAMES LA | 70086 | | | |
| 0117750 | TOUPS | KELLIE M | 20.80 | GULF STATES CREDIT | |
| | 2901 BRYANT DR | | | PO BOX 105460 | |
| | METAIRIE LA | 70003 | | ATLANTA GA | 30348 |
| 0210821 | WINN | MONIQUE MARIE | 26.49 | CRESCENT BANK AND TRUST | |
| | | | | %GERARD O SALASSI IV ESQ | |
| | PO BOX 1040 | | | 212 VETERANS BLVD | |
| | BOUTTE LA | 70039 | | METAIRIE LA | 70005 |
| 0213486 | MARANTO | YVETTE ARACELI | 5.34 | | |
| | 4072 N DELLS ST | | | | |
| | HARVEY LA | 70058 | | | |
| 0311258 | FISHER JR | RUSSELL E | 2.90 | | |
| | FISHER | JENNIFER W | | | |
| | 553 GARDENIA ST | | | | |
| | LAPLACE LA | 70068 | | | |
| 0313184 | HENDRICKS | MICHAEL | 94.01 | BETTY KIRBY | |
| | | | | %MARC POWELL | |
| | PO BOX 17982 | | | 3863 GENTILLY BLVD | |
| | NEW ORLEANS LA | 70172 | | NEW ORLEANS LA | 70122 |

```
                              6,678.13
```